UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
YUN FEI LI,

                Plaintiff,              **ECF CASE**

     v.

                                        07 Civ. 6875 (CM)

MICHAEL CHERTOFF, et al.

                Defendants.          NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
           August 17, 2007

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York

                             By:    /s/_____
                                        DANIEL P. FILOR
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2726
                                        Facsimile: (212) 637-2717
                                        Email: daniel.filor@usdoj.gov

TO:    Thomas V. Massucci, Esq.
          401 Broadway, Suite 908
          New York, NY 10013