✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Yun Fei Li, Cindy Bin Chen

V.

Michael Chertoff, Emelio T. Gonzalez, Andrea J. Quarantillo

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07 Civ. 6875 (CM) (JF)

TO: (Name and address of Defendant)

Andrea J. Quarantillo
c/o Office of the General Counsel
United States Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Massucci
401 Broadway, Suite 908
New York, New York 10013
(212) 334-2280

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/1/2007 |
| NAME OF SERVER *(PRINT)* Thomas V. Massucci | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

via United States Postal Service Certified Mail, Receipt # 7007 0710 0001 3610 9204

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/2/2007
Date

/S
*Signature of Server*

401 Broadway Suite 908, New York, NY 10013
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Print | Save As... | Export as FDF | Retrieve FDF File | Reset